

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2019

No. 04-18-00798-CV

**IN THE COMMITMENT OF STEPHEN PATRICK BLACK,**

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1805-CV
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellant has filed a motion for extension of time to respond to our order that he show cause why this appeal should not be dismissed for lack of jurisdiction. We grant the motion and order appellant's response due **March 15, 2019**. No further extensions of time will be granted.

Appellant, who is indigent, has also requested a copy of the clerk's record and of the trial court's findings of fact and conclusions of law. We order the clerk of this court to send appellant a copy of the clerk's record on CD Rom. Appellant is advised that the trial court did not issue separate findings of fact and conclusions of law.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court